IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUN MCLEOD,<br>　　Plaintiff, | :<br>: CIVIL ACTION<br>: |
| v. | : |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>　　Defendant. | : No. 11-7100<br>:<br>:<br>: |

FILED
MAY 14 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

WILLIAM H. YOHN, JR., J.

AND NOW, this 14 day of May, 2012, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and no objections having been filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's request for reversal is GRANTED.

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM H. YOHN, JR., J.